**United States Bankruptcy Court**
**District of South Dakota**

IN RE:   Case No. **11-40840**

**Rhoads, Daniel Ethan**   Chapter **7**

Debtor(s)

## DISCLOSURE OF COMPENSATION

1. Pursuant to 11 U.S.C. § 329(a), Fed.R.Bankr.P. 2016(b), and LBR 2016-1(a), I declare that within one year of the filing of the petition herein I have been paid the following compensation by Debtor for services rendered or to be rendered in contemplation of or in connection with the case.

   (a) Legal Fees:  $ **1,400.00**

   (b) Sales Tax, Filing Fee, Other Costs:  + $ **300.00**

   (c) Total:  = $ **1,700.00**

   (d) I have received:  − $ **1,700.00**

   (e) I am still owed:  = $ **0.00**

2. In return for the compensation set forth in ¶ 1(c) above, I have rendered or have agreed to render the following legal services (check all that apply):

   ☑ analyzing the debtor's financial situation and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   ☑ preparing and filing the debtor's petition, schedules, and statement of financial affairs; and

   ☑ representing the debtor at the meeting of creditors.

3. I have not shared or agreed to share my fees with anyone who is not a member or an associate of my law firm.

Dated: **October 20, 2011**      /s/ *Laura L. Kulm Ask*

**Laura L. Kulm Ask**
**Gerry & Kulm Ask, Prof. LLC**
**P.O. Box 966**
**Sioux Falls, SD  57101-0966**
**(605) 336-6400  Fax: (605) 336-6842**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only