UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>DANIEL ETHAN RHOADS,<br>aka Danny Rhoads,<br>SSN: xxx-xx-6770,<br><br>Debtor. | Bankr. Case No. 11-40840<br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

The undersigned hereby certifies that a true and accurate copy of the Debtor's 2010 U.S. Individual Income Tax Return, along with the attached W-2s, in the above-captioned matter was served upon the Chapter 7 Trustee, Lee Ann Pierce, in accordance with her instructions using the web portal DocLink.

Such service was made this 24th day of October, 2011.

GERRY & KULM ASK, PROF. LLC:


BY:   /s/ Laura L. Kulm Ask
        LAURA L. KULM ASK
        Attorney for Debtor
        507 West 10th Street
        P.O. Box 966
        Sioux Falls, SD  57101-0966
        Telephone (605) 336-6400
        Facsimile: (605) 336-6842
        Email:  ask@sgsllc.com